No. 146. BANCO TERRITORIAL Y AGRÍCOLA *v.* RIVERA.—Appeal from the District Court of Arecibo. Motion to dismiss

No. 147. ESMORIS *v.* RODRÍGUEZ.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided May 31, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure, and sections 50 and 54 of the Rules of this court. *Messrs. Cuevillas and Méndez* for petitioner. *Mr. Ramírez* for respondent.